**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MEDINA,<br><br>            Plaintiff,<br><br>      v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>            Respondent. | Case No. 2:24-cv-02395-PA-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. (ECF No. 15.) The Court has reviewed the Plaintiff's Objections to the Report and Recommendation, filed on April 25, 2025 ("Objections"), and Respondent's Response to Objections, filed on April 28, 2025. (ECF Nos. 17, 18.)

As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Plaintiff specifically has objected. The Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate

1 | Judge, and overrules the Objections.

IT THEREFORE IS ORDERED that:

(1) The Report and Recommendation of United States Magistrate Judge is accepted; and

(2) Judgment shall be entered affirming the final decision of the Commissioner of Social Security and dismissing this matter with prejudice.

DATED: May 2, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2