JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MEDINA,<br><br>    Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, Acting Security Commissioner of Social Security,<br><br>    Respondent. | Case No. 2:24-cv-02395-PA-MAA<br><br>**JUDGMENT** |

   In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and that this matter is dismissed with prejudice.

DATED: May 2, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE